**Order filed January 28, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00275-CV

_____

## IN RE WYATT FIELD SERVICE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44838**

---

## ORDER

On April 9, 2014, the Court granted relator's motion to stay the underlying proceedings. The Court conditionally granted relator's petition for writ of mandamus on December 23, 2014. Because we have reached a disposition of relator's petition for writ of mandamus, we lift our stay entered on April 9, 2014.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.